# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | 1:11cv0425 AWI DLB |
| | ) | |
| | ) | ORDER GRANTING *EX PARTE* |
| | ) | APPLICATION FOR EXTENSION OF TIME |
| Plaintiff, | ) | TO PROVIDE COURT A REVISED |
| | ) | AFFIDAVIT |
| v. | ) | (Document 17) |
| | ) | |
| COREY BURLESON a/k/a RODNEY BURLESON a/k/a COREY RODNEY BURLESON, et al., | ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiff J & J Sports Productions, Inc. ("Plaintiff") filed the instant action on March 11, 2011.

On August 11, 2011, following entry of default, Plaintiff moved for default judgment against Defendant. The matter came on for hearing before the undersigned on September 29, 2011. After oral argument, the Court continued the motion and ordered Plaintiff to submit a revised affidavit in support of the motion within thirty (30) days.

On October 28, 2011, Plaintiff filed an *ex parte* application requesting an additional thirty (30) days to submit a revised affidavit from private investigator Lawrence Brookter or to schedule an evidentiary hearing. Plaintiff seeks the extension because Mr. Brookter has been out of the country, but is expected to return shortly.

For good cause appearing, Plaintiff's *ex parte* application is GRANTED. Within thirty (30) days of the date of this Order, Plaintiff shall either file a revised affidavit or schedule an evidentiary hearing.

IT IS SO ORDERED.

Dated:  **October 31, 2011**              /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE