Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.  1:11-cv-00425-AWI-DLB |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE EVIDENTIARY HEARING; AND ORDER |
| v. | |
| COREY BURLESON, et al., | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, THE PARTIES, AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* to continue the evidentiary hearing from Friday, February 10, 2012 at 9:00 a.m. to April 20, 2012.

1.      This request is necessitated by the fact that Plaintiff's counsel of record has a scheduling conflict that same day.

2.      Specifically, Plaintiff's counsel of record, is scheduled to appear before Honorable Charles R. Breyer, Judge for the U.S.D.C. for the Northern District of California, San Francisco Division in the matter of *J & J Sports Productions, Inc. v. Joseph Martin Coyne, et al;* Case No. 3:10-cv-04206-CRB at 10:00 AM that very same day for a damages hearing on Plaintiff's Motion for Partial Summary Judgment.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the evidentiary hearing from Friday, February 10, 2012 at 9:00 a.m. to April 20, 2012.

Respectfully submitted,

Dated: February 3, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## ORDER (Proposed)

**IT IS HEREBY ORDERED** that the Evidentiary Hearing in civil action 1:11-cv-00425-AWI-DLB styled *J & J Sports Productions, Inc. v. Corey Burleson, et al.* is hereby continued from February 10, 2012 at 9:00 a.m. to April 20, 2012.

IT IS SO ORDERED.

Dated:   **February 7, 2012**          /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE