Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.  1:11-cv-00425-AWI-DLB |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE EVIDENTIARY HEARING; AND ORDER |
| v. | |
| COREY BURLESON, et al., | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, THE PARTIES, AND THEIR
ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* to continue the evidentiary hearing from Friday, April 20, 2012 to June 15, 2012.

1.      This request is necessitated by the fact that Plaintiff's counsel of record has a scheduling conflict that same day. [1]

2.      Specifically, Plaintiff's counsel of record, is out of town that day on a pre-existing trip to Northern California (Please see attached Exhibit 1.)

---

[1] Plaintiff's counsel is well aware of the fact that he has another matter that very same day before the Honorable Dennis L Beck. Specifically, Plaintiff's counsel is to appear for Plaintiff's Application for Default Judgment by the Court in the matter *J & J Sports Productions, Inc. v. Fermin Martinez De Lao*; *Case No. 1:11-cv-01877-LJO-DLB.* Plaintiff's counsel has made arrangements to have special appearance counsel appear at that particular hearing.

1

2

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the evidentiary hearing from Friday, April 20, 2012 at 9:00 A.M to June 15, 2012.

3

4

5

6

Respectfully submitted,

7

8

9

Dated: April 17, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**

10

By: Thomas P. Riley

11

Attorneys for Plaintiff
J & J Sports Productions, Inc.

12

///

13

///

14

///

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

///

1

<u>**ORDER**</u>

2

3          **IT IS HEREBY ORDERED** that the Evidentiary Hearing in civil action 1:11-cv-00425-AWI-

4    DLB styled *J & J Sports Productions, Inc. v. Corey Burleson, et al.* is hereby continued from April 20,

5    2012 at 9:00 a.m. to June 15, 2012.

6

7

8    IT IS SO ORDERED.

9        Dated:   **April 18, 2012**                    /s/ *Dennis L. Beck*

10                                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28