Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.  1:11-cv-00425-AWI-DLB |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE EVIDENTIARY HEARING; AND ORDER |
| v. | |
| COREY BURLESON, et al., | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, THE PARTIES, AND THEIR

ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* to continue the evidentiary hearing from Friday, April 20, 2012 to June 15, 2012.

1.     This request is necessitated by the fact that Plaintiff's counsel of record has a scheduling conflict that same day. [1]

2.     Specifically, Plaintiff's counsel of record, is out of town that day on a pre-existing trip to Northern California (Please see attached Exhibit 1.)

---

[1] Plaintiff's counsel is well aware of the fact that he has another matter that very same day before the Honorable Dennis L. Beck. Specifically, Plaintiff's counsel is to appear for Plaintiff's Application for Default Judgment by the Court in the matter *J & J Sports Productions, Inc. v. Fermin Martinez De Lao*; *Case No. 1:11-cv-01877-LJO-DLB.* Plaintiff's counsel has made arrangements to have special appearance counsel appear at that particular hearing.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the evidentiary hearing from Friday, April 20, 2012 at 9:00 A.M to June 15, 2012.

Respectfully submitted,

Dated: April 17, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

2

## <u>ORDER</u>

3        **IT IS HEREBY ORDERED** that the Evidentiary Hearing in civil action 1:11-cv-00425-AWI-

4    DLB styled *J & J Sports Productions, Inc. v. Corey Burleson, et al.* is hereby continued from April 20,

5    2012 at 9:00 a.m. to June 15, 2012.

6

7

8    IT IS SO ORDERED.

9        Dated:   **April 18, 2012**                                    /s/ *Dennis L. Beck*

10                                                        UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28