IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | 1:11cv0425 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Document 25) |
| vs. ) | |
| COREY BURLESON a/k/a RODNEY BURLESON a/k/a COREY RODNEY BURLESON, et al., ) | |
| Defendant. ) | |

On June 19, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Default Judgment be DENIED WITHOUT PREJUDICE. The Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued June 19, 2012, are ADOPTED IN FULL; and

2. Plaintiff's Motion for Default Judgment is DENIED WITHOUT PREJUDICE;

IT IS SO ORDERED.

Dated:    October 2, 2012
CHIEF UNITED STATES DISTRICT JUDGE

1