# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

       Plaintiff,

   v.

COREY BURLESON,

       Defendant.

_____/

CASE NO. 1:11-cv-00425-AWI-SAB

ORDER REQUIRING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT WITHIN THIRTY DAYS

     The complaint in this action was filed on March 11, 2011.  (ECF No. 1.)  On July 18, 2011, default was entered against Defendant Burleson.  (ECF No. 7.)  The parties failed to appear for the June 15, 2012, hearing on Plaintiff's motion for entry of default and an order issued denying Plaintiff's motion for entry of default judgment on October 3, 2012.  (ECF No. 26.)  At this juncture in the proceedings, Plaintiff is ordered to  file a motion for default judgment within thirty days of the date of service of this order or this action will be dismissed for failure to prosecute.

IT IS SO ORDERED.

**Dated:   January 8, 2013**　　　　　　　　_____/s/ **Stanley A. Boone**_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1